UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

William T. Jackling,
As Executor of the Estate of
Martha A. Jackling,

Plaintiff,

**JOINT PROPOSED DISCOVERY PLAN**

-vs-

Case No. 6:20-cv-06899

Brighthouse Life Insurance Company,
Travelers, MetLife, Genworth,
Brighthouse Financial

Defendant.

---

Pursuant to Federal Rule of Civil Procedure 26(f), the parties have conferred regarding the nature and basis of their claims and defenses, the possibilities for promptly resolving the action, and any discovery issues that are reasonably expected to arise in the litigation of this action. After considering these matters, the Proposed Discovery Plan submitted jointly by the parties, William T. Jackling as Executor of the Estate of Martha Jackling and Brighthouse Life Insurance Company, is as follows:

1. Deadline for Rule 26(a)(1) Disclosures

   The parties agree to exchange initial disclosures by no later than **January 31, 2021.**

2. Subjects on Which Discovery May be Needed

   In this long term care insurance action, the parties anticipate conducting basic discovery, including paper discovery and depositions, on whether the Brighthouse Life Insurance Company owes the benefits claimed by plaintiff under long term care policy issued to plaintiff's decedent. The parties anticipate that all discovery

should be completed by **May 31, 2021**. Discovery should not be conducted in phases or be limited to or focused on particular issues.

3. Disclosure, Discovery, or ESI Issues

The parties do not anticipate any issues on these topics.

4. Claims of Privilege

The parties do not anticipate any issues regarding claims of privilege or of protection of trial-preparation materials. However, the parties do not waive their right to assert claims of privilege when appropriate.

5. Changes to Limitations on Discovery Imposed under the Federal Rules of Civil Procedure or Local Rules

No changes requested at this time.

6. Other Necessary Orders

At this time, the parties do not anticipate additional orders being necessary.

7. Proposed Discovery Schedule

a) Initial Disclosures exchanged by **January 31, 2021**.

b) Fact Discovery to be completed by **April 30, 2021.**

c) Plaintiff to identify any expert witness and provide reports pursuant to Fed. R. Civ. P. Rule 26 by **July 31, 2021**. Defendant to identify any expert witness and provide reports by **September 30, 2021**. All discovery relating to experts, including depositions, to be completed by **October 31, 2021**.

d) Dispositive Motions to be served by **December 15, 2021**.

8. ADR

The parties have considered the possibility of settlement at this stage of the litigation and do not believe that mediation would be productive at this time.

9. Magistrate Judge Jurisdiction

The parties unanimously consent to Magistrate Judge Jurisdiction.

Dated: December 21, 2020

ELLIOTT STERN CALABRESE, LLP

By: ______________________

David S. Stern, Esq.
*Attorneys for Plaintiff*
One East Main Street
Rochester, New York 14614
(585) 232-4724
dstern@elliottstern.com

GOLDBERG SEGALLA LLP

By: ______________________

Jeffrey L. Kingsley, Esq.
*Attorneys for Defendant*
Brighthouse Life Insurance
Company
665 Main Street
Buffalo, New York 14203
(716) 566-5400
jkingsley@goldbergsegalla.com